AMIN TUROCY & WATSON, LLP
    Vinay V. Joshi (Cal Bar No. 213487)
    vjoshi@atwiplaw.com
    Andrew T. Oliver (Cal Bar No. 226098)
    aoliver@atwiplaw.com
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6477
Facsimile:  (650) 618-6470

Attorneys for Plaintiffs
AXS GROUP LLC and FLASH SEATS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXS GROUP LLC and FLASH SEATS LLC, <br>           Plaintiffs, <br><br> v. <br><br> LISNR, INC., <br>           Defendant. | Civil Action No. 2:17-cv-8413 <br><br> **JUDGE** _____ <br><br> **CORPORATE DISCLOSURE STATEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs state that no publicly held corporation owns more than 10% of AXS Group LLC's stock and that Flash Seats LLC is a wholly owned subsidiary of AXS Group LLC.

| | |
|---|---|
| Dated: November 17, 2017 | Respectfully submitted, <br> Amin Turocy & Watson LLP <br><br> By: /s/ Andrew T. Oliver <br> Andrew T. Oliver <br><br> Attorneys for Plaintiffs <br> AXS Group LLC and Flash Seats LLC |